[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13377
Non-Argument Calendar
_____

D.C. Docket No. 8:09-cr-00257-JDW-AEP-1


UNITED STATES OF AMERICA,

                                                            Plaintiff-Appellee,

versus

GEMINAS BROWN,

                                                            Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(July 8, 2014)

Before HULL, MARCUS and HILL, Circuit Judges.

PER CURIAM:

      Rosemary Cakmis, appointed counsel for Geminas Brown in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Brown's convictions and sentences are **AFFIRMED**.